IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| **MICHAEL DONALD ROGERS**  Plaintiff, | ) ) ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 14-586-CG-M |
| **CITY OF SELMA, et al.,**  Defendants. | ) ) ) | |

## FINAL JUDGMENT

In accordance with the Order granting Defendants' Motion for Summary Judgment, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of Defendants, the City of Selma, Chief William Riley, Lieutenant Curtis Muhannad, and Investigator Ray Blanks, and against Plaintiff, Michael Donald Rogers.  It is, therefore, **ORDERD** that the Plaintiff's claims against Defendants, the City of Selma, Chief William Riley, Lieutenant Curtis Muhannad, and Investigator Ray Blanks, are hereby **DISMISSED with prejudice**.  Costs are to be taxed against the Plaintiff.

**DONE and ORDERED** this 8th day of April, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE